# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00134-MR-DLH

| | | |
|---|---|---|
| **SHIRLEY SMITH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **SMITH & NEPHEW, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the parties' notice to the Court that this matter has been settled. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: June 10, 2013

Martin Reidinger
United States District Judge